UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS M. BANNERMAN,

    Plaintiff,

v.                                                      Case No. 2:05-cv-264
                                                    HON. GORDON J. QUIST

BEATRICE HURSH,

    Defendants.

_____/

**ORDER**

In accordance with the Opinion and Order entered this date;

IT IS HEREBY ORDERED that Defendant's motion for summary judgment (docket #13) is granted with regard to Plaintiff's due process claim, but denied with regard to Plaintiff's equal protection claim.

Dated: January 8, 2007                                      /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE